ents, Impleaded with Lamson Consolidated Store Service Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Paul Bernhard, Appellant, v. Martha Bernhard and Michael Riegel, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nathan J. Packard and Moses Packard, Judgment Creditors, Respondents, v. Thomas T. Brittan, Judgment Debtor, Defendant. Metropolitan Trust Company of the City of New York, as Substituted Trustee under the Will of Frederick W. Brittan, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (McLaughlin, J., dissented.)

In the Matter of the Petition of Herbert L. Fordham, Appellant, to Remove an Action Brought in the City Court of the City of New York by Ella J. Croker, Plaintiff, against Herbert L. Fordham, Defendant, to the Supreme Court of the State of New York, and to Change the Place of Trial to the County of Suffolk. Ella J. Croker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Italian Savings Bank of the City of New York, Respondent, v. Giuseppina De Angelis, Appellant, Impleaded with William Slavis, as Administrator, etc., of Leonardo Autilio, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederick W. Hannahs, as Administrator, etc., of John Jay Hannahs, Deceased, Respondent, v. The Hammond Typewriter Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas Donoghue, Respondent, v. William H. Callanan and Frank McDermott, Appellants, Impleaded with Thomas Kelly and Thomas McCreesh.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the German Savings Bank in the City of New York, Appellant, for Leave to Sue for Deficiency In re Mortgage No. 1100 Franklin Avenue. John Schleich and Maria E. Schleich, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Miny Rotheim, Appellant, v. Charles Greenberg and Jacob Greenberg, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Supplementary Proceedings, Percival L. Harden, Judgment Creditor, Appellant, v. William T. Hoops, Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rosie Cohen, Respondent, v. Solomon Antokolitz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sigmund Gorlitzer, Respondent, v. Solomon Wolffberg, Defendant. Betty Wolffberg, as Administratrix, etc., of Solomon Wolffberg Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Antonio Mancuso v. International Capital Development Company.— Motion to dismiss appeal denied, without costs, upon the ground that the

affidavit of service of the notice of motion is not sufficient, with leave to renew.

The People of the State of New York v. Ida Friedebaum.— Motion to dismiss appeal granted.

The People of the State of New York v. Morris Lippman.— Motion to dismiss appeal granted.

The People of the State of New York v. Albert Smith.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

William D. Tyndall, etc., v. Pinelawn Cemetery and Others.— Motion to dismiss appeal denied, without costs.